

**NUMBER 13-10-00096-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IN RE: DAVID ALAN RODRIGUEZ**

---

**On Petition for Writ of Mandamus.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Benavides and Vela**
**Memorandum Opinion Per Curiam[1]**

On February 16, 2010, relator, David Alan Rodriguez, filed a petition for writ of

mandamus in which he requests that this Court direct respondent, the Honorable Juergen

Skipper Koetter, presiding judge of the 24th District Court of Jackson County, Texas, to

immediately commence a new trial in light of our holding in *Rodriguez v. State*, No. 13-08-

00522-CR, 2009 Tex. App. LEXIS 6335, at *21 (Tex. App.–Corpus Christi Aug. 13, 2009)

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

(mem. op., not designated for publication).[2]

This Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought and the petition should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b)
Delivered and filed the
2nd day of March, 2010.

---

[2] The title of the February 16, 2010 document filed by Rodriguez is "Pleading for Mandamus." We construe this document as a petition for writ of mandamus.